## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| SHEILA ELAINE TURNER, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )      **CIVIL NO. 3:11cv275-JAG** |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

### ORDER

This matter is before the Court on the Report and Recommendation of the Magistrate Judge entered on May 11, 2012 (ECF No. 17). The time to file objections has expired and neither party has objected to the Report and Recommendation. Having considered the matter and deeming it otherwise proper and just to do so, it is hereby ORDERED:

(1) The Report and Recommendation of the Magistrate Judge is ACCEPTED and ADOPTED as the OPINION of the Court.

(2) Plaintiff's Motion for Summary Judgment (ECF No. 11) and Motion to Remand (ECF No. 12) are GRANTED consistent with the Report and Recommendation.

(3) Defendant's Motion for Summary Judgment (ECF No. 14) is DENIED.

(4) The decision of the Commissioner is REMANDED for further consideration of the record consistent with the Report and Recommendation.

(5) This case is CLOSED.

Let the Clerk of the Court send a copy of this Final Order to Plaintiff and all counsel of record.

It is so ORDERED.

/s/
John A. Gibney, Jr.
United States District Judge

Richmond, Virginia
Date: 5/30/12